United States District Court
District of New Hampshire

United States of America

V.                                                Case No. 21-CR-41-02

Aria DiMezzo

## CONSENT TO VIDEO/TELEPHONIC CONFERENCE
## AND WAIVER OF RIGHT TO APPEAR IN PERSON

*With the consent of the defendant, the court is authorized to conduct certain criminal proceedings by video/telephonic conference. See Standing Order 20-25 (July 24, 2020); Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, §15002(b), 134 Stat. 281, 528-29 (2020).*

I understand that the U.S. Constitution, the Federal Rules of Criminal Procedure, and/or one or more federal statutes may give me the right to have all the proceedings listed below take place in person in open court. After consultation with my attorney, I knowingly and voluntarily consent to the proceeding(s) checked below taking place by video/telephonic conference and I knowingly and voluntarily waive my right to be present, in person, in open court as to the proceeding(s) checked below.

**Check each that applies:**

- [x] **Initial Appearance (Fed. R. Crim. P. 5)**
- [ ] **Preliminary Hearing (Fed. R. Crim. P. 5.1)**
- [x] **Arraignment (Fed. R. Crim. P. 10)**
- [ ] **Detention/Bail Review/Reconsideration Hearing(s) (18 U.S.C. § 3142)**
- [ ] **Pretrial Release Bail Revocation Proceedings (18 U.S.C. § 3148)**
- [ ] **Misdemeanor Pleas and Sentencings (Fed. R. Crim. P. 43(b)(2))**
- [ ] **Appearances under Fed. R. Crim. P. 40**
- [ ] **Probation and Supervised Release Revocation Proceedings (Fed. R. Crim. P. 32.1)**
- [ ] **Other:** _____

Date: 3-16-21

_____
**Defendant**

Date:

_____
Richard Guerriero, NH Bar ID 10530
39 Central Square, Suite 202, Keene, NH 03431
**Counsel for Defendant**

**APPROVED.**

**Date:** 3/16/2021

_____
**U.S. Magistrate Judge**
**U.S. District Judge**