# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

**IN RE THE MATTER OF:**

Aria DiMezzo
(Petitioner's Name)

Case No. 21-CR-41-6L
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, Aria DiMezzo, respectfully request appointment of counsel to represent me as a criminal defendant.

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3-16-21

_[signature]_
**Signature of Petitioner**

---

### RULING BY JUDICIAL OFFICER

☒ Request Approved. Appoint Counsel.
☐ Request Denied.
☐ Other: _____

Date: 3/16/2021

_[signature] Andrea K. Johnstone_
**U.S. Magistrate Judge**

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)