AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire


RECEIVED MAR 15 2021 US MARSHALS SERVICE

United States of America
v.

ARIA DIMEZZO
(FORMERLY JAMES BAKER)

Case No. 1:21-cr-41-JL-06/06

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ARIA DIMEZZO (FORMERLY JAMES BAKER),

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 371, 1960(a) and (b)(1)(B) - Conspiracy to Operate Unlicensed Money Transmitting Business
Counts 2 and 3: 18 U.S.C. §§ 1960(a) and (b)(1)(B) and (C) - Operation of Unlicensed Money Transmitting Business
Count 4: 18 U.S.C. §§ 1343, 1349 - Conspiracy to Commit Wire Fraud
Count 5 through 20: 18 U.S.C. §§ 1343 - Wire Fraud
Count 21: 18 U.S.C. § 225 - Continuing Financial Crimes Enterprise
Count 22: 18 U.S.C. § 1956(a)(3)(B) - Money Laundering

Date: 03/15/2021

*Issuing officer's signature*

City and state: Concord, New Hampshire

Megan Cahill, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 3/15/21, and the person was arrested on *(date)* 3/16/21
at *(city and state)* Keene, NH.

WARRANT EXECUTED

Date: 3/16/21

*Arresting officer's signature*

*Printed name and title*