UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>IAN FREEMAN, ET AL   )<br>_____ ) | Docket No.  1:21-cr-00041-JL |

APPEARANCE

    Please enter my appearance as counsel for the United States of America in the above-entitled case.

                                                 Respectfully submitted,

                                                 JOHN J. FARLEY
                                                 Acting United States Attorney

                                                 By: /s/ John J. Kennedy
                                                 John J. Kennedy
                                                 Assistant U.S. Attorney
                                                 Bar No. 19557
                                                 53 Pleasant Street, 4th Floor
                                                 Concord, NH  03301
                                                 (603) 225-1552
                                                 john.kennedy2@usdoj.gov

Date:  March 31, 2021

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Appearance was forwarded electronically by ECF to counsel of record.

                                                 /s/ John J. Kennedy
                                                 John J. Kennedy, AUSA