FILED - USDC -NH
2021 APR 30 AM 10:17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

THE UNITED STATES OF AMERICA

v.     No. 1:21-cr-41-JL-01

ARIA DIMEZZO

## SPEEDY TRIAL WAIVER

The Defendant, ARIA DIMEZZO, and her counsel submit this speedy trial waiver. Counsel reviewed with the defendant her statutory and constitutional rights to a speedy trial, as well as the factual and procedural circumstances of this case as they may bear on those rights. After discussion and a full understanding of her rights, the defendant waives those rights as indicated by her signature hereto.

April 23, 2021 at Keene, New Hampshire.

_____
Aria Dimezzo

Respectfully submitted,

Richard Guerriero, Esq.
N.H. Bar ID. 10530
Lothstein Guerriero, PLLC
39 Central Square, Suite 202
Keene, NH 03431
Telephone: (603) 352-5000

## CERTIFICATE OF SERVICE

I hereby certify that an original of this Waiver has been conventionally filed, and a copy of the foregoing Waiver has been forwarded by electronic mail this 23rd day of April, 2021 to Assistant United States Attorney Georgiana MacDonald, United States Attorney's Office.

Richard Guerriero