# Nevis International Bank & Trust

www.ibanknevis.com

Nevis International Bank & Trust Ltd.
Nevis International Bank & Trust Center
Jessups Estate, Nevis, St. Kitts and Nevis
Tel: (869) 469-8889

## Personal Account Application
(Applicable to Natural Persons)

| Account Name and Account Number (For Bank Use Only): | Branch (For Bank Use Only): | Date Opened (For Bank Use Only): |
|---|---|---|
|  |  |  |

## ACCOUNT HOLDER DETAILS

☑ Mr. or ☐ Ms.   Surname: **Freeman**   Given Name: **Ian**

Middle Name: **B**   Date of Birth (dd/mm/yyyy): ▮▮▮▮**1980**

Marital Status: ☑ Single  ☐ Married  ☐ Divorced

Country of Residence: **New Hampshire**   Nationalities: **New Hampshire**

Telephone (mobile): ▮▮▮**3805**   Telephone (home): ▮▮▮**2449**

Home Address: ▮▮▮ **Keene, NH 03431**

Number of Years at Address: **14**   Are you:  ☑ A Home Owner   ☐ A Tenant

Contact Address (The Bank does not send physical mail): ▮▮▮ **Keene, NH 03431**

Email Address: **ian@**▮▮▮

Have you or any member of your family ever: (1) held a position as a public official; (2) acted as an important political figure, or; (3) worked at any publicly traded company within the past 6 months? If Yes, briefly explain. If No, please write "No".
**No**

Have you ever been charged with a financial crime, or a crime involving fraud or dishonesty? If Yes, explain. If No, please write "No".
**I was charged six years ago for "unsworn falsification" after I legally changed my name from Ian Holt Bernard and made a mistake on driver license form. I performed community service.**

## IDENTIFICATION DOCUMENTS (two different forms of photo identification required)

1) Type of I.D.: **New Hampshire Driver License**   I.D. No.: ▮▮▮

2) Type of I.D.: **United States Passport**   I.D. No.: ▮▮▮

3) US Tax ID (if applicable) ▮▮▮**5839**

## EMPLOYMENT DETAILS

Employment Status:  ☐ Employed  ☑ Self-employed  ☐ Unemployed  ☐ Retired

Occupation (describe what you do): **Minister of Peace & Nationally Syndicated Talk Show Host**

Employer Name: **Shire Free Church**   Employer Telephone: ▮▮▮**2449**

Employer Address and Website (if any): ▮▮▮ **Keene, NH 03431**
**http://church.shiresociety.com**

## ANNUAL INCOME IN US DOLLARS (or equivalent)

☑ Less than $200,000  ☐ $200,000-$500,000  ☐ $500,001-$800,000  ☐ Greater than $800,000, state amount: _____

Page 1 of 3

# Nevis International Bank & Trust

## PERSONAL ACCOUNT APPLICATION
The Bank Accepts Deposits in All Major Currencies

## ACCOUNT DETAILS

**Source of Wealth:** ☑ Savings ☐ Inheritance ☐ Salary ☑ Investments ☐ Other: _____

**Declaration of Wealth (describe in detail):** I don't have income, as I am sustained by my church. Revenue is from church investments, radio advertising sales, and church donations.

**Describe Source of Funds to be Deposited in the Bank:** church investments, radio advertising sales, and church donations

**Initial Deposit Amount:** 100,000 USD   **Annual Deposits** ☐ Less than $200,000  ☑ Greater than $200,000, amount: 1-5M

**Do You Wish to Apply for a Private Banking Account?*** ☐ Yes ☑ No  *Requires a minimum deposit of US$1 million or equivalent.

## APPROXIMATE NET WORTH (in US Dollars or equivalent)

**Liquid Net Worth (cash and liquid assets):** 5,000,000 USD

**Illiquid Net Worth (real estate, businesses etc):** 400,000 USD

**Total Net Worth (liquid + illiquid net worth):** 5,400,000 USD

## REFERENCES (From Two Different Professional Sources)

**Name:** Roger K Ver
**Business Name (If Applicable):** Bitcoin.com
**Address:** [redacted] Frigate Bay, St. Kitts
**Tel:** [redacted] 1853
**E-Mail:** roger@[redacted]
**Fax:** _____
**Website:** bitcoin.com

**Name:** Skip Joeckel
**Business Name (If Applicable):** Talk Shows USA
**Address:** [redacted] Colorado Springs, CO 80906
**Tel:** [redacted] 6676
**E-Mail:** skip@[redacted]
**Fax:** _____
**Website:** talkshowsusa.com

## ANTICIPATED SERVICES (check all that apply)

☑ Debit Card  ☐ New Business Registration  ☐ Trust and Escrow  ☐ Investment Brokerage Account  ☐ Cash Management
☐ Citizenship by Investment  ☐ Investment Banking  ☐ Loan  ☑ Other Business Services, specify: wire transfers

## WHO HAS SIGNING AUTHORITY FOR THE ACCOUNT? (check all that apply)

☑ Account Holder  ☐ Authorized External Money Manager*  ☐ Other Authorized Signer(s)*: _____
Describe the relationship to the Account Holder

Who has the authority to withdraw funds?  ☑ Account Holder  ☐ Authorized External Money Manager  ☐ Other Authorized Signer(s)*
*(Requires a letter of authorization, certified by a law firm, accounting firm, or financial institution)

## CUSTOMER DECLARATION

By my signature(s) here below, I/we the ("Account Holder(s)" and "Authorized Signer(s)") named in this Personal Account Application Form hereby certify and attest that I/we am/are the natural person(s) who is/are applying to open this Account with Nevis International Bank & Trust Ltd. ("NIBT"), and that I/we hereby represent and attest that: (i) I/we will not use the services of NIBT for any unlawful activity or purpose; (ii) I/we have read, understand and signed the Nevis International Bank & Trust Ltd. Customer Account Agreement, and have agreed to the terms of that agreement; (iii) all information that I/we have provided to NIBT is true, accurate and complete; (iv) I/we will notify NIBT immediately of any material changes to the information contained in this application, and; (v) I/we authorize NIBT to be an information processor and make initial and ongoing credit and other inquiries with third-parties in connection with my/our Account for purposes of compliance with applicable law and the provision of financial services:

*[signature]*, Notary Public

SARAH N. DUMONT
Notary Public - New Hampshire
My Commission Expires August 28, 2024

2020-06-14

## SIGNATURES:

Ian B Freeman
**Account Holder Name (print name)** — Signature — Date

_____
**Authorized Signer Name (print name)** — Signature — Date

_____
**Authorized Signer Name (print name)** — Signature — Date

Page 2 of 3

18R82_REP-06715.07