# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

     v.                                 No. 1:21-cr-41-JL-01

IAN FREEMAN, ARIA DIMEZZO, ET AL

## ASSENTED-TO MOTION TO AMEND CONDITIONS OF RELEASE

The Accused, Aria DiMezzo, filed a motion to amend her conditions of release regarding contact with defendant Ian Freeman. Ian Freeman then joined that motion. After the issue was discussed at a status conference, the parties reached an agreement on the terms. DiMezzo, Freeman, and the Government agree to the terms set forth the prayer below and the attached draft order. Attorney Mark Sisti stated to undersigned counsel that he agrees on behalf of Freeman. Assistant United States Attorney John Kennedy stated to undersigned counsel that he agrees on behalf of the Government.

WHEREFORE the parties ask the Court to amend DiMezzo's conditions of releasee and Freeman's conditions of release to provide that they are allowed:

A. To be present together in person at the same physical location, 73 Leverett Street, Keene, New Hampshire, for the broadcast of Free Talk Live, half an hour before, during, and half an hour after, each broadcast.

B. To co-host the Free Talk Live show together.

C. To talk about any subject during Free Talk Live, except the pending charges.

D. To communicate at any time in person, by email, or by text message regarding the broadcast of Free Talk Live, technical issues, staffing, content, or any other matter reasonably related to the broadcast of FTL. Aria DiMezzo will provide notice to the probation officer supervising DiMezzo's pretrial release any time DiMezzo will be physically present with Ian Freeman.

E. None of these conditions of release are intended to, and do not, modify Ian Freeman's conditions of release related to home detention.

Date: June 16, 2021.

        Respectfully submitted
        by counsel for Aria DiMezzo,

        */s/ Richard Guerriero*
        Richard Guerriero, Esq.
        N.H. Bar No. 10530
        Lothstein Guerriero, PLLC
        Chamberlain Block Building
        39 Central Square, Suite 202
        Keene, NH 03431
        Telephone: (603) 352-5000
        richard@nhdefender.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

        */s/ Richard Guerriero*
        Richard Guerriero

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

UNITED STATES OF AMERICA

      v.                                    No. 1:21-cr-41-JL-01

ARIA DIMEZZO

<u>ORDER AMENDING CONDITIONS OF RELEASE</u>
<u>FOR ARIA DIMEZZO AND IAN FREEMAN</u>

The parties having reached agreement on the pending motions to amend the conditions of release for Aria DiMezzo and Ian Freeman, the conditions of release for these two defendants are amended to allow them:

A. To be present together in person at the same physical location, 73 Leverett Street, Keene, New Hampshire, for the broadcast of Free Talk Live, half an hour before, during, and half an hour after, each broadcast.

B. To co-host the Free Talk Live show together.

C. To talk about any subject during Free Talk Live, except the pending charges.

D. To communicate at any time in person, by email, or by text message regarding the broadcast of Free Talk Live, technical issues, staffing, content, or any other matter reasonably related to the broadcast of FTL. Aria DiMezzo will provide notice to the probation officer supervising DiMezzo's pretrial release any time DiMezzo will be physically present with Ian Freeman.

E. None of these conditions of release are intended to, and do not, modify Ian Freeman's conditions of release related to home detention.

SO ORDERED

DATE: _____
              ANDREA K. JOHNSTONE
              UNITED STATES MAGISTRATE JUDGE