**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

        v.                    Case No. 21-cr-41-JL

<u>Ian Freeman, et al.</u>

<u>ORDER</u>

The assented to motion to reschedule jury trial (document no. 88) filed by government is granted; Final Pretrial Conference is rescheduled to April 26, 2022 at 10:00 AM. Trial is continued to the two-week period beginning May 3, 2022, 9:30 AM.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

By the Court,

_/s/ Joseph N. Laplante_
Joseph N. Laplante
United States District Judge

Date: June 17, 2021

cc:   U.S. Marshal
       U.S. Probation
       Counsel of Record