# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

THE UNITED STATES OF AMERICA

    v.                                    No. 1:21-cr-00041-JL-01/06

ARIA DIMEZZO

## CERTIFICATION OF SPEEDY TRIAL WAIVER AND AGREEMENT TO EXTENSION OF TIME TO INDICT

The Defendant, Aria DiMezzo, and her counsel submit this certification of speedy trial waiver and agreement to extension of time to indict. Defense counsel certifies that he has consulted with the defendant about the requested continuance and extension of the deadline for the government to bring an indictment. Counsel reviewed the factual and procedural circumstances of this case as they may bear on the defendant's constitutional and statutory rights.  The defendant understands that she is agreeing to a delay in his case and an extension of time for an indictment. The defendant understands that she is waiving her constitutional and statutory rights to a speedy trial. Counsel certifies that the defendant has knowingly and voluntarily waived her rights. Counsel is forthwith mailing or electronically transmitting to the defendant a copy of the motion to continue or extend deadline to the defendant and counsel for the government.

Date: December 21, 2021          Respectfully submitted,

                                                  */s/ Richard Guerriero*
Richard Guerriero, Esq.
N.H. Bar ID. 10530
Lothstein Guerriero, PLLC
39 Central Square, Suite 202
Keene, NH 03431
Telephone: (603) 352-5000

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

                                                  */s/ Richard Guerriero*
Richard Guerriero, Esq.
N.H. Bar ID. 10530