UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.

                          Criminal Case No. and Judge's Initials

_____
Defendant(s)

**ORGANIZATIONAL VICTIM STATEMENT**
**LCrR 12.4 (b)**

[This form is to be completed and filed by the government only when
the victim of alleged criminal activity is an organization.]

The alleged victim in connection with the above-captioned case is the following organization:

❐    The victim is a nongovernmental corporation and the government identifies the following parent corporation and any publicly held corporation that owns 10% or more of the victim's stock:

❐    The victim is a partnership and the government identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

❐    The victim is a limited liability corporation and the government identifies the following parent corporation and any publicly held corporation that owns a 10% or more membership or stock interest in the LLC:

☐ The government identifies the following publicly held corporation with which a merger agreement with the victim exists:

☐ The victim has none of the above.

                 Respectfully submitted,

Date:

CERTIFICATE OF SERVICE

 I hereby certify that this Disclosure Statement was electronically filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF: [Names of Filing Users]

Conventionally Served: [Name and Address of Non-Filing Users]