# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                                      Criminal Case No. 1:21-cr-41-JL

<u>Aria DiMezzo</u>

## WAIVER OF DEFENDANT'S APPEARANCE AT ARRAIGNMENT

I, <u>Aria DiMezzo</u>, hereby waive my appearance at the arraignment. I further state I have received a copy of the indictment or information and that I am entering a not guilty plea.

Date: 4/27/2022

Defendant Aria DiMezzo

Date: 4/27/2022

Counsel for Defendant Richard Guerriero, NH Bar 10530

**WAIVER APPROVED.**

Date: _____

☐ United States Magistrate Judge
☐ United States District Judge

Copies to:
   U.S. Attorney, Defense Counsel, U.S. Marshal, U.S. Probation

USDCNH-1 (12-02)