AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

FILED - USDC -NH
2022 APR 29 AM 9:38

| United States of America | ) |
| --- | --- |
| v. | ) |
| ARIA DIMEZZO | ) |
| (FORMERLY JAMES BAKER) | ) Case No. 1:21-cr-41-JL |
|  | ) |
| _____ | ) |
| Defendant | ) |

RECEIVED

APR 26 2022

US MARSHALS SERVICE

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: Warren B. Rudman Courthouse and Federal Building<br>55 Pleasant Street<br>Concord, New Hampshire | Courtroom No.: B |
| --- | --- |
|  | Date and Time: 05/11/2022 10:15 am |

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 371, 1960(a) and (b)(1)(B) - Conspiracy to Operate Unlicensed Money Transmitting Business
Count 3: 18 U.S.C. §§ 1960(a) and (b)(1)(B) - Operation of Unlicensed Money Transmitting Business
Count 5 through 20: 18 U.S.C. §§ 1343 - Wire Fraud
Count 22 through 27: 18 U.S.C. § 1957 - Money Laundering

Date: 05/26/2022

_____
Issuing officer's signature

Charli Pappas, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: 4-28-22

_____
Server's signature

Gregory Moreno   DUSM
*Printed name and title*