IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

THE UNITED STATES OF AMERICA

v.  No. 1:21-cr-41-JL-01

ARIA DIMEZZO

## NOTICE AND WAIVER

The Accused, Aria DiMezzo, and her counsel submit the following Notice and Waiver.

At a recent conference, Judge Laplante informed counsel that he has been a customer of some of the financial institutions involved in this case. The judge has simply been a customer of those institutions. His use of the services of those institutions has not been connected in anyway to the conduct or circumstances at issue in this case. Judge Laplante asked that the parties give notice of any concerns his disclosure might raise.

Counsel discussed the foregoing with Aria DiMezzo and answered her questions regarding the information from the judge and how it might impact this case.

Aria DiMezzo hereby notifies the court that she is not seeking to recuse Judge Laplante based on the foregoing information and that she waives any conflict of interest based on that information. She understands that this means Judge Laplante will remain the judge on the case, barring some new information or circumstances.

WHEREFORE Ms. DiMezzo submits this Notice and Waiver to be made a part of the record of this case.

Date: May 20, 2022.

*signature*
Aria DiMezzo

Respectfully submitted,

*/s/ Richard Guerriero*
Richard Guerriero, Esq.
N.H. Bar ID. 10530 Lothstein Guerriero, PLLC Chamberlain Block Building39 Central Square, Suite 202Keene, NH 03431
Telephone: (603) 352-5000
richard@nhdefender.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

*/s/ Richard Guerriero*
Richard Guerriero, Esq.