# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW HAMPSHIRE

THE UNITED STATES OF AMERICA

      v.                          No. 1:21-cr-41-JL-01

ARIA DIMEZZO

## ASSENTED-TO MOTION TO EXTEND DEADLINES
## FOR DEFENSE AND GOVERNMENT

The defense respectfully requests that the Court further extend by 7 days the defense deadline to file dispositive and evidentiary motions, and to similarly extend the Government deadline to respond.

Counsel for the co-defendant, Ian Freeman, filed a motion today seeking an additional 7-day extension. Aria DiMezzo joins that request. For the sake of consistency and to allow defense counsel to coordinate to the extent consistent with their clients' interests, there should be a single defense motion deadline. Counsel for DiMezzo did summarize her expected motions for the Government so that the Government could begin preparing its response.

On behalf of the Government, Assistant United States Attorney Georgianna MacDonald assents to this request, noting that the Government deadline should also be extended.

Finally, the parties discussed the possible effect on the trial date and all parties agree that it is their intent to maintain the current November trial date.

WHEREFORE the defense requests that the court extend by 7 days the defense deadline to file dispositive and evidentiary motions, such that the new defense deadline is July 29, 2022, and similarly extend the government deadline to respond, to August 24, 2022.

| | |
|---|---|
| Date: July 18, 2022. | Respectfully submitted by counsel for Aria DiMezzo |
| | */s/ Richard Guerriero*<br>Richard Guerriero, Esq.<br>N.H. Bar ID. 10530 Lothstein Guerriero, PLLC Chamberlain Block Building 39 Central Square, Suite 202 Keene, NH 03431<br>Telephone: (603) 352-5000<br>richard@nhdefender.com |

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

_                                          */s/ Richard Guerriero*
                                            Richard Guerriero, Esq.