**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

THE UNITED STATES OF AMERICA

        v.                                No. 1:21-cr-41-JL-01

ARIA DIMEZZO

<u>NOTICE OF PUBLIC AUTHORITY DEFENSE</u>

       The accused, Aria DiMezzo, through counsel, and gives notice that she joins her co-defendant, Ian Freeman, in giving notice that she may rely on a Public Authority Defense at trial, on the same basis as set forth in Freeman's notice. *See* Doc. 175.

Date: July 29, 2022.                     Respectfully submitted,

                                       */s/ Richard Guerriero*
                                       Richard Guerriero, Esq.
                                       N.H. Bar ID. 10530
                                     Legal Intern: Oliver Bloom
                                     Lothstein Guerriero, PLLC
                                     Chamberlain Block Building
                                     39 Central Square, Suite 202
                                     Keene, NH 03431
                                     Telephone: (603) 352-5000
                                     richard@nhdefender.com

CERTIFICATE OF SERVICE

       I hereby certify that this document, filed through the ECF system, will be sent electronically to registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

                                         */s/ Richard Guerriero*
                                       Richard Guerriero, Esq.