UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>IAN FREEMAN, ET AL.   )<br>_____) | No. 1:21-CR-00041-JL |

### ASSENTED-TO MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION IN LIMINE RE: DAUBERT CHALLENGE TO FORENSIC ANALYSIS

The United States of America respectfully requests that the Court extend the deadline to file a response to defendant's Motion in Limine re: Daubert Challenge to Forensic Analysis from October 19, 2022 to October 26, 2022.  In an effort to resolve this issue without a hearing, the government allowed defense counsel to conduct an interview of the expert witness. The interview ocurred on October 7, 2022. On October 12, 2022, defense counsel stated that he wished to go forward with a hearing on the motion. At the recent conference on this issue, government counsel requested one week to respond to the defendant's motion, which would make the government's response due on October 19, 2022. Government counsel has been ill and will be traveling the week of October 16, 2022. Therefore, the government requests a one-week extension to file its response, to October 26, 2022. Defendant's counsel assents to the motion.

                Respectfully submitted,

                JANE E. YOUNG
                United States Attorney

                By: /s/ Georgiana L. MacDonald
                Georgiana L. MacDonald
                Assistant U.S. Attorney

Date:  October 14, 2022