### IN THE UNITED STATES DISTRICT COURTFOR THE DISTRICT OF NEW HAMPSHIRE

THE UNITED STATES OF AMERICA

    v.                                                        No. 1:21-cr-41-JL-01

ARIA DIMEZZO

### ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING

The defense respectfully requests that the Court continue the sentencing hearing scheduled for December 20, 2022, for at least 30 days.

The defense seeks a continuance of the December 20th sentencing hearing to allow adequate time for the defense to prepare for sentencing. Issues relating to Ms. DiMezzo's status as a transgender woman and trauma she has experienced, especially during childhood, have led the defense to seek the assistance of an expert. To ensure enough time for the defense to make use of the expert and prepare for sentencing, the defense seeks to continue the sentencing hearing for at least 30 days. The Government, through Assistant United States Attorney Georgiana MacDonald, assents to this motion.

WHEREFORE the defense requests that the Court continue the sentencing hearing scheduled for December 20, 2022, for at least 30 days.

Date: October 27, 2022.                                               Respectfully submitted by counsel for Aria DiMezzo

*/s/ Richard Guerriero*
Richard Guerriero, Esq.
N.H. Bar ID. 10530 Lothstein Guerriero, PLLC Chamberlain Block Building39 Central Square, Suite 202Keene, NH 03431
Telephone: (603) 352-5000
richard@nhdefender.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

                                                                                      */s/ Richard Guerriero*
                                                                                       Richard Guerriero, Esq.