# IN THE UNITED STATES DISTRICT COURTFOR
# THE DISTRICT OF NEW HAMPSHIRE

THE UNITED STATES OF AMERICA

       v.                                                    No. 1:21-cr-41-JL

ARIA DIMEZZO

## ASSENTED-TO MOTION
## TO FURTHER CONTINUE SENTENCING HEARING

The defense respectfully requests that the Court continue the sentencing hearing scheduled for January 26, 2023, to the next available date after March 10, 2023.

The defense previously sought a continuance of the sentencing for 30 days to allow the defense to have a psychological evaluation of Ms. DiMezzo. Unexpectedly, additional time is needed for that process. The expert has interviewed Ms. DiMezzo, reviewed records regarding Ms. DiMezzo's personal history, and reviewed relevant documents from the prosecution of this case. However, in light of information discussed at the first interview, the expert is conducting a further interview today and expects that a third interview may be necessary. The expert will then still need to write her report. Since the evaluation process is taking longer than anticipated, the defense seeks additional time for the evaluation to be completed and a report written.

A continuance to a date after March 10, 2023 is sought because of defense counsel's trial schedule. Defense counsel is scheduled to start a First Degree Murder trial on February 21, 2023 in Hillsborough County Superior Court – North in the matter of *State of New Hampshire v. Anderson Pereira*. That trial is anticipated to last as long as 3 weeks. Therefore, the defense asks that the sentencing hearing in this case be rescheduled to a date after March 10, 2023.

2

Defense counsel reviewed the foregoing with Ms. DiMezzo. She agrees to the request in this motion. Notably, Ms. DiMezzo has been in compliance with her conditions of release since the start of this case early in 2021.

The Government, through Assistant United States Attorney Georgiana MacDonald, assents to this motion.

WHEREFORE the defense requests that the Court continue the sentencing hearing scheduled for January 26, 2023, to a date after March 10, 2023.

| | |
|---|---|
| Date: January 4, 2023. | Respectfully submitted by counsel for Aria DiMezzo |
| | */s/ Richard Guerriero*<br>Richard Guerriero, Esq.<br>N.H. Bar ID. 10530 Lothstein Guerriero, PLLC Chamberlain Block Building39 Central Square, Suite 202Keene, NH 03431<br>Telephone: (603) 352-5000<br>richard@nhdefender.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the nonregistered participants on the date the document was signed by me.

_                                                                          */s/ Richard Guerriero*
                                                                              Richard Guerriero, Esq.