

**Domino's Pizza #3205**
**60 Island St Unit #1**
**Keene, NH 03431**
**(603) 357-5534**
**Andrea Madison**
**General Manager**

To whom it may concern:

My name is Andrea Madison and I have been the general manager of the Keene Domino's since September 2000. I am writing this letter on behalf of Aria DiMezzo. I had the opportunity to hire Aria DiMezzo in September of 2018. She was hired as a customer service representative. Aria has worked her way to Assistant General Manager.

The position of assistant general manager is a difficult position to obtain in the Keene location. Aria is only the fourth person to reach this level in the store since 2000. Aria's reliability, hard working attitude, and leadership skills led her to this role.

Aria is my most reliable employee on staff. She does not miss shifts. She is always willing to cover a shift if someone calls out. She even put proper insurance coverage on her vehicle in order to help with deliveries or let other drivers use her vehicle if their vehicle was unavailable. I can always count on Aria to stay late or arrive early to help with prep, cleanup or do anything that helps with the function of an extremely busy restaurant.

Aria works the production line longer, faster and more accurate than any person I have met. She is on her feet working all of the 8-12 hours that are required of her shifts. Aria does the work of at least 2 people every minute of her shift. Her work ethic sets the example in our store, instituting a work culture that strives to meet the goals of our company.

Aria is the type of leader that leads by example. She has done every possible task in the store while encouraging her teammates to do the same. She is a boss, not bossy. She has the respect of her team because of her servant leadership. Aria constantly models the behavior that we expect of our Domino's team members.

I acknowledge that Aria has admitted to operating a business without a license and has pleaded guilty before the court. The loss of Aria would definitely hurt the operations of our location. The five years of experience in store and working with myself and the rest of the leadership team is irreplaceable. I hope the court takes this letter into consideration at the time of sentencing. Please do not hesitate to reach out if you need more information regarding this letter. Thank you for your time.

Sincerely,

Andrea Madison