## HON. MARK D. WARDEN

███████████████████████████████ Manchester NH 03103
███████████████████████████████████

December 11, 2022

To Whom It May Concern,

I'm pleased to write a letter of character reference in support of Aria DiMezzo related to her criminal case involving bitcoin transactions.

I've known Aria for a few years now; we are both part of the larger "liberty" community in New Hampshire that promotes peace, protection of civil liberties, limited government and individual freedom. Aria's positions on the above are well articulated in her appearances on Free Talk Live. I have personally been a listener and supporter of FTL for many years.

I conducted an interview with Aria and one of FTL's other hosts earlier this year (2022), focused on a variety of topics regarding spreading freedom in the US and in New Hampshire. She is thoughtful and professional.

As an elected official myself, having been elected four times to the New Hampshire House of Representatives, I appreciate that Aria has put herself out there as a candidate in the past. I admire her willingness to be a public figure, which takes courage, especially in today's highly politicized and polarized society.

I have been personally following cryptocurrency for a decade now, and was an early adopter, though certainly not a technical expert. As a real estate broker, I have overseen real estate transactions in bitcoin. And as a politician, I've publicly supported state statutes that have provided clarity for blockchain and cryptocurrency openness for New Hampshire, including the statute that was passed in 2017, which expressly says that cryptocurrency sales within New Hampshire are exempt from "money transmitter" licensing regulations and are thus not regulated by the NH Banking Department (RSA 399-G:3).

Aria is active in her community and an excellent spokesperson for freedom and liberty. I cannot fathom the stress she is going through under federal criminal prosecution; it is extremely troubling to me. It is tragic that she is facing prison time; I sincerely hope and pray that the court show leniency and sentence Aria to probation rather than imprisonment.

Please do not hesitate to contact me directly if you'd like to discuss this matter in more detail.

Sincerely,

*Mark Warden*

Hon. Mark Warden
Fmr. State Representative (4 terms)
Committees: Commerce & Consumer Affairs, Criminal Justice & Public Safety, Labor, Industrial & Rehabilitative Services
Manchester, New Hampshire