Dear Honorable Joseph LePlante:

Thank you for taking the time to read this letter. My name is Zephan, I am a 1L law student at UNH Law and plan on studying immigration law to make our immigration system more just, fair, and efficient for people seeking better lives in the United States. Law school, and life in general, is incredibly challenging and isolating. Aria has been a huge inspiration for me to push through anything no matter how tough or lonely things seem to get in life.

At various times in my life, I was the odd one. I was the only child between my parents, I was the only person I knew with an abusive stepparent, I was the only non-heterosexual person I knew, I was the only vegan, the only religious Jew, the only libertarian, the list goes on. Then I discovered Aria on Free Talk Live and realized Aria was in a similar predicament. Not that she was also a vegan, Jewish, nor the product of a broken home, in fact we are quite different in many of these respects. What we do share are unique individual traits that can make us stand out in the crowd which can be fun at times, but can also be a source of deep loneliness. Aria is a self proclaimed "trans, satanist, anarchist," which she describes herself as partly to get attention, but also because they are true aspects of her identity and serve as bold conversation starters to communicate with others issues that matter deeply to her. I have found myself in similar situations and seeing someone that shared that commonality, even though we are very different, brought peace to my soul that I had not experienced before.

Along this vein, Aria is one of the only people that I know that despite our differences, we have had a harmonious friendship. It has become increasingly rare in modern society that people of wildly different religious, cultural, and political backgrounds are able to come together and break bread. I have attempted friendships with others and am sometimes isolated for my beliefs. Aria, despite her labels, is a very civil person who has kindred friendships with those that differ greatly from her. If she is forced to endure prison time out of the community, I fear that divisions between those that generally see each other as polar opposites, will continue to widen as she has served as the glue holding people together with reasonable dialogue, debate, and friendship.

In summation, Aria has had a tremendous impact on me personally as well as the community at large and if she is forced to endure a prison sentence, the community will be robbed of someone vital that has made a brave and valiant effort to leave the world a better place than she found it.

To see someone like Aria go to federal prison, especially for an extended period of time, would substantially shake my faith in the legal system of which I aspire to be an active participant.

Thank you for your time,

*[signature]* 4/11/23

Zephan Wood- ▓▓▓▓▓▓▓, Pembroke, NH 03275