Shannon Summers

Swanzey, NH 03446

November 22nd, 2022

To Whom it May Concern,

I am writing to you regarding defendant Aria DiMezzo. I've known Aria for over four years now and I consider her one of my closest and most trustworthy friends. It is for this reason I am happy to write a reference letter for Aria.

I met Aria in 2018 when she was hired at Domino's and we became friends shortly after. Aria has many redeeming qualities that I value most in a person and in a friendship but the three that are most important to me is that she is dependable, trustworthy, and honest. I admire her confidence and ability to stick to her morals because she is passionate about what she believes in.

Aria is the kind of friend that you can trust with anything, including giving keys to your house to feed your three cats while you are away. I strongly believe that how people treat animals tells you a lot about a person. I have seen how she treats her own pets and know that she would do anything for them, which is why my partner and I trust Aria to watch our pets when we are out of town. She's reliable and always willing to go out of her way to help out others, expecting nothing in return. She would give the shirt off of her back to not only help her friends, but to anyone who needs help. I have witnessed Aria offer her home up to acquaintances when they had nowhere else to go. I have also seen her help a friend out when he was in need of a job.

Aria's confidence is contagious. She positively impacts those around her, while never imposing her opinions or views. I appreciate that I know I can talk to about anything and she will listen without judgment. I value her opinion because I truly believe she has the best interest for those she cares about. One of the things I appreciate most about Aria as a friend is her honesty and openness. I know that when I am going through a challenging time, Aria is always willing to listen and provide support as necessary.

I acknowledge that Aria has pleaded guilty and owned up to operating a business without a license, which is just a glimpse of her integrity. I hope the court takes this letter into consideration at the time of the sentencing. I am getting married on May 21st, 2023 and with Aria being one of my close friends for the entire duration of my relationship with my fiancé, it is very important to us that she be in attendance.  Please do not hesitate to contact me if you seek more information regarding the content of this letter. Thank you for your time.

Sincerely,
Shannon Summers