Makayla Coleman

███████████

Chesterfield, NH 03443

███████████

███████████████

To whom it may concern:

    My name is Makayla Coleman, I am a 43 year old transgender woman. I live alone with my two dogs and I work a full time job as a CNC machinist. I've known Aria DiMezzo for a little over three years. I first learned of Aria when I started listening to free talk live, an Internet based radio show that she is on. I thought to myself Aria is on point with things she's talking about, she's funny and not afraid to voice her opinion. Aria is a strong transgender woman and not afraid to be her true self. I wanted to meet and hopefully get to know Aria in person, as I felt she was someone I could connect with. I reached out to her via social media and we messaged here and there. I found out about a social event that she usually attended so I sent her a message asking about it and she responded with "anyone is welcome to attend" that is when I first met Aria in person. At that time I was still mostly presenting as male and she knew me as my birth name (Matt) I'm pretty sure from the first time we met in person she knew that I was different and hiding something which was true I was hiding the fact that I'm transgender and was afraid to come out and be who I've always known I am. The more Aria and I hung out together sitting on her back deck or by a campfire at her house talking or with our mutual friends eating dinner together at local restaurant's  the more I realized she was proud of who she is. She's happy, everyone knows her, no one treats her any different and people respect her. Aria is a very talented, knowledgeable, loyal, and trustworthy friend who has never let me down. She has always been there when I needed a friend to share my private information with or help with something such as certain components needed to build my computer or makeup that would best work for my skin tone. Aria inspired me to be who I am today, to not be afraid, be proud of who I am, and not let anyone or anything get me down. I told Aria how much she inspired me once I finally came out as transgender. According to her I did the hard part, which was coming out and being my true self. Without her though and how much she inspired me I'd probably still be hiding and being afraid to be the real me. I am eternally grateful for Aria and

the friendship we have. I really look up to Aria for the strong and proud transgender woman she is, she means a lot to me. I am aware of how serious Aria's case is along with her charge of operating an unlicensed money transmission business. I am very concerned for her and her well-being if convicted and sentenced for this serious charge. I feel that if Aria was removed from society that would not only have a huge negative impact on me, but also the rest of the trans community that she has also inspired all in positive ways. Thank you for taking the time to read my letter, please don't hesitate to contact me if you have any questions or need any additional information.

Sincerely, Makayla Coleman    (She/Her)