United States v. Aria DiMezzo
Defense Sentencing Exhibit G

Nicole Boufford

Keene, NH 03431



To whom it may concern,

I am writing this letter as a character reference for Aria Dimezzo. My name is Nicole Boufford. I am a nurse, yoga teacher, and student midwife. I have known Aria Dimezzo for three years. I consider Aria to be a close friend. Throughout the course of our friendship, I have come to understand her morals, ethics, and personality.

I am writing this letter because Aria is important to my life and our community. I will be getting married in June 2023. I am excited to have Aria attend my wedding, not only because she is my friend, but because she will be officiating my wedding as the High Priestess of the Reformed Satanic Church. Aria is playing an important role in my ceremony. There is no one else that I would choose to hold this role in my wedding ceremony. Her role in my wedding is important to my family, my future husband, and myself. I will be extremely distressed if Aria is not able to attend my wedding.

I would also like to express that Aria is a peaceful person. I have witnessed and taken part in conversations with Aria where another person was advocating for violence. Aria has always openly disagreed with people that are violent or advocate for violence. In these situations, she is able to calmly explain why violence is never the answer and give peaceful alternatives. This is something I appreciate and admire about Aria.

I also would like to say that Aria is a generous and trustworthy person. Aria has gone out of her way on several occasions to help me and other people. She has given me multiple rides and taken me to concerts without asking for anything in return except my company. She always shows up on time and never complains. Aria has been there for me when I needed a friend to listen to me vent or help me come up with solutions for personal problems I have had regarding things like relationships, work, and mental health.

I was very surprised to hear of the possible sentence that Aria is facing. Considering Aria is a generous, trustworthy, and peaceful person, as I have depicted in this letter, I would very disappointed if Aria did not get the minimum possible sentence.

Thank you for your time and consideration while reading this letter.

Sincerely,

Nicole Boufford