To whom it may concern,

My name is Edward Joseph Pelletier, E.J. to most.

I met Aria DiMezzo around four years ago when I began working with her. We began to form a close friendship within weeks.

Ms. DiMezzo is an amazing friend and overall person. She would give the shirt off her back if it meant a stranger would be warmer. I've witness her offer rides to people she barely knows just to ensure thier safe return home.

She advocates for the Trans community and is one of the largest voices for trans rights.

Aria is also an animal lover. She once drove from N.H., almost all the way to Ohio to rescue two kittens found in a dumpster so I could adopt them.

In short, Aria DiMezzo is one of the greatest friends and people I've ever known and I'm a better person with her in my life.

Sincerely,
Edward J Pelletier