United States v. Aria DiMezzo
Defense Sentencing Exhibit I



**Kristen Chamberlin <kristen@nhdefender.com>**

## character reference for Aria
2 messages

Mon, Dec 12, 2022 at 3:03 PM
To: "kristen@nhdefender.com" <kristen@nhdefender.com>

Patrick Joseph Letendre
Keene, NH 03431

The Honorable Court,

   My name is Patrick Letendre. I am a lifetime resident of Cheshire county and I love this town. I am the retail store manager for our local AT&T cellular store. I am a felon, I have served my time and graduated probation with zero violations. I am member of the 12 step recovery community and I have been sober since my Felony event on July 11, 2017. I think that the Police and court acted in the best interest of myself and the community during all proceedings after the occurrence of that day and have apologized to and thanked each officer that was present. I am very proud of my past and where I have made it so far!

   I met Aria in September of 2018 when she started working at dominos pizza here in town. We have been fast friends ever since we started working together. Aria has always struck me as somewhat of a goober; fun loving but intelligent and a very hard worker! I don't really know anything about the case she is involved in but I am shocked to hear that she could potentially be in any trouble. Aria is very active in local government and certainly works hard to give a voice to those who may need help in the LGBTQ community or those who suffer from mental health conditions, like myself! I feel that I can trust her and that she is always available to help me or others. I am proud to have her as my friend!