Testimony on Aria Dimezzo's Character.

Aria Dimezzo is a thoughtful, considerate and trustworthy person. I first met Aria when she was sitting on the porch of a mutual friend's house, she saw me scrape the bottom of my Corvette into the driveway and she sympathized, stating she once owned a Z28. I responded and mentioned that I enjoyed her performance on a recent debate held on Free Talk Live. I didn't actually watch the debate but I just wanted to say something polite and leave. Having a conservative temperament, I wasn't really interested in becoming friends with a transperson. I don't think I interacted with Aria again for at least another year or so but then I started interacting with her as a consequence of us both being part of the greater NH libertarian movement. Now I consider Aria a friend and think she is one of the coolest people. Just recently I had a moment of terrible depression. Aria, who I don't talk to that often, communicated with me on the phone and helped me through it in a very meaningful way. Aria has taken some abuse from society for her lifestyle; one example being the time her sports car was destroyed by vandalism with anti-gay messages painted on it. I can't imagine the humiliation just of having to drive that car to the body shop to be repainted. So, Aria has plenty of reason to be angry at the world but instead she does things that are insightful and make people think and is someone with the character who will go out of her way to help a friend out of no benefit to herself. I think Aria is just trying to live her life and the world is just reacting to it.

Matthew Santonastaso
NH State Representative
Magna Cum Laude - Fitchburg State University BS 4.0 GPA Computer Science
FAA Certified Helicopter Flight Instructor
Combat Awarded Medic - US Army Veteran 82nd Airborne
CDL-A Tractor Trailer
USPA B Licensed Skydiver