UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )      No. 1:21-cr-41-JL<br>)<br>ARIA DIMEZZO      )<br>_____ ) | |

ASSENTED-TO MOTION FOR A PRELIMINARY ORDER OF FORFEITURE

The United States of America moves for a Preliminary Order of Forfeiture for the following reasons:

1. The defendant, Aria DiMezzo, has pleaded guilty to Count Three of a Superseding Indictment that charges her with operation of an unlicensed money transmitting business in violation of 18 U.S.C. § 1960. DN 206.

2. 18 U.S.C. § 982(a)(1) requires that, as part of a defendant's sentence, the court must order the forfeiture to the United States of any property, real or personal, involved in violations of § 1960, or any property traceable to such property.

3. The following properties are subject to forfeiture under § 982(a)(1) as property involved in the defendant's violation of 18 U.S.C. § 1960, or as property traceable to such property: (A) .00766669 BTC and $9.60 in U.S. Currency in Paxos Trust Company individual account aria.dimezzo86@gmail.com; (B) .00000051 PAXG and $14,292.86 in U.S. Currency in Paxos Trust Company institutional account aria@reformedsatanicchurch.com, and (C) 1.93160580 BTC voluntarily transferred to the FBI on April 18, 2023.

4. Pursuant to Rule 32.2(b)(2), the United States respectfully requests that this Court enter a Preliminary Order of Forfeiture, forfeiting to the United States: (A) .00766669 BTC and $9.60 in U.S. Currency in Paxos Trust Company individual account aria.dimezzo86@gmail.com;

(B) .00000051 PAXG and $14,292.86 in U.S. Currency in Paxos Trust Company institutional account aria@reformedsatanicchurch.com, and (C) 1.93160580 BTC voluntarily transferred to the FBI on April 18, 2023, pursuant to 18 U.S.C. § 982(a)(2), and ordering the Federal Bureau of Investigation, or any appropriate federal law enforcement agency, to seize and maintain custody of the forfeited property until further order of the Court.

    Richard Guerriero, Esq., counsel for the defendant, Aria DiMezzo, assents to the relief sought in this motion.  *See also* DiMezzo Sentencing Memorandum, DN 296 at 6 ("Aria has further stated to the government, through counsel, that she agrees to give up all rights to those assets.")

Respectfully Submitted,

JANE E. YOUNG
United States Attorney

Date:   4/24/2023         By:   /s/ John J. Kennedy
                                              Assistant U.S. Attorney
                                              NH Bar # 19557
                                              53 Pleasant Street, 4th Floor
                                              Concord, New Hampshire 03301
                                              (603) 225-1552
                                              john.kennedy2@usdoj.gov