Acknowledgment – Sentencing Options and Supervision Conditions

**U.S. DISTRICT** ~~COURT~~
**DISTRICT OF NEW HAMPSHIRE**

# UNITED STATES DISTRICT COURT
## District of New Hampshire

**APR 25 2023**

**FILED**

UNITED STATES OF AMERICA

v.                                          **ACKNOWLEDGMENT**

Aria Dimezzo                         Case Number: 1:21CR00041-6-JL
Defendant

I, <u>Aria Dimezzo</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 4/25/20 23

_____
Defendant

_____
Defense Counsel   *Richard Guerriero*
*NH Bar # 10530*

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

USDCNH-103 (10-14)

301

## PROPOSED SENTENCING OPTIONS AND SUPERVISION CONDITIONS

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE
### UNITED STATES V. ARIA  DIMEZZO, DKT. 0102 1:21CR00041-006

**TOTAL OFFENSE LEVEL**          **19**
**CRIMINAL HISTORY CATEGORY**          **I**

|  | Statutory Provisions | Guideline Provisions | Plea Agreement Provisions |
|---|---|---|---|
| **CUSTODY:** | Ct. 3: 0 years-5 years | 30 months-37 months | United States agrees to recommend a sentence within the advisory sentencing guideline range |
| **SUPERVISED RELEASE:** | Ct. 3: 0 years-3 years | Ct. 3: 1 year-3 years | Silent |
| **PROBATION:** | 1 year-5 years | Ineligible | Not recommended |
| **FINE:** | Ct. 3: $0- $250,000 | $10,000-$100,000 | Silent |
| **RESTITUTION:** | Not Applicable | Not Applicable | Not applicable |
| **SPECIAL ASSESSMENT:** | Ct. 3: $100 | Ct. 3: $100 | Ct. 3: $100 |

## SUPERVISION:

While on supervision, you must comply with the following mandatory conditions:

You must not commit another federal, state, or local crime.

You must not unlawfully possess a controlled substance.

You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter, not to exceed 72 drug tests per year of supervision.

**DNA** – You must cooperate in the collection of DNA as directed by the probation officer.

In addition, you must comply with the standard conditions that have been adopted by this Court as well as the following special conditions:

**Financial Requirements and Restrictions**

1. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the Financial Litigation Unit of the U.S. Attorney's Office.

**Dimezzo, Aria**                                          **0102 1:21CR00041**

2. You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

3. If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

**Employment Restrictions**

4. You must not engage in an occupation, business, profession, or volunteer activity that would require or enable you to sell/broker cryptocurrency or manage financial accounts or engage in bookkeeping for any organization without the prior approval of the probation officer.

**Search and Seizure**

5. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

                              Respectfully submitted,

                              Jonathan E. Hurtig
                              Chief U.S. Probation Officer

                    By:     */s/ Steven M Killelea*
                              Steven M Killelea
                              U.S. Probation Officer

Approved:

*/s/ Laura M. Roffo*          04/10/2023
Laura M. Roffo                Date
Supervising U.S. Probation Officer

2