**U.S. DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**
**APR 25 2023**
**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 1:21-cr-41-JL |
| ) | |
| ARIA DIMEZZO ) | |

## CONSENT TO FORFEITURE

The defendant, Aria DiMezzo, agrees to forfeit to the United States her right, title and interest, if any, in all property involved in a violation of 18 U.S.C. § 1960 as charged in Count Three of the superseding Indictment, or any property traceable to such property, pursuant to 18 U.S.C.§ 982(a)(1), because of her guilty plea, including, but not limited to: (A) .00766669 BTC and $9.60 in U.S. Currency in Paxos Trust Company individual account aria.dimezzo86@gmail.com; (B) .00000051 PAXG and $14,292.86 in U.S. Currency in Paxos Trust Company institutional account aria@reformedsatanicchurch.com, and (C) 1.93160580 BTC voluntarily transferred to the FBI on April 18, 2023. ("Forfeitable Property").

Aria DiMezzo stipulates and consents as follows:

1. DiMezzo is the sole owner of: (A) .00766669 BTC and $9.60 in U.S. Currency in Paxos Trust Company individual account aria.dimezzo86@gmail.com; (B) .00000051 PAXG and $14,292.86 in U.S. Currency in Paxos Trust Company institutional account aria@reformedsatanicchurch.com, and (C) 1.93160580 BTC voluntarily transferred to the FBI on April 18, 2023.

The defendant further agrees:

A. Not to contest any administrative, civil or criminal judicial forfeiture proceedings commenced against the Forfeitable Property. Defendant shall withdraw any and all claims and/or petitions for remission for all or part of the Forfeitable Property filed on behalf of herself



or any other individual or entity, and further agrees to waive any right she may have to seek remission or mitigation of the forfeiture of the Forfeitable Property;

B. That none of the forfeitures set forth in this agreement shall be deemed to satisfy or offset any fine, restitution, cost of imprisonment, or other penalty imposed upon the defendant, nor shall the forfeitures be used to offset the defendant's tax liability or any other debt owed by the defendant to the United States;

C. To waive all constitutional, statutory, and any other challenges in any manner, including, without limitation, by direct appeal and/or habeas corpus, to any forfeiture carried out in accordance with this Consent to Forfeiture on any grounds, including the following: the forfeiture constitutes an excessive fine or punishment under the Eighth Amendment to the U.S. Constitution; the Court's failure to comply with any and all requirements of Fed. R. Crim. P. 11(b)(1)(J) at the change of plea hearing; and, failure to comply with any and all requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment. The defendant further acknowledges that she understands that the forfeiture of assets is part of the sentence that may be imposed in this case;

D. To waive and release any and all claims she may have to any property seized by the United States, or any state or local law enforcement agency and turned over to the United States, during the investigation and prosecution of this case, whether forfeited or not; and

E. To hold the United States, its agents, and employees, and any state or local law enforcement agency participating in the investigation and prosecution of this case, harmless from any claims whatsoever in connection with the seizure and forfeiture, as well as the seizure, detention and return of any property in connection with the investigation and prosecution of this case.

The defendant acknowledges that the properties to be forfeited under this agreement are subject to forfeiture as property involved in the violations charged in Count Three of the Superseding Indictment, or property traceable to such property.

Dated: _____

Aria DiMezzo

Dated: _____

Richard Guerriero, Esq.
NH Bar#: 10530
Lothstein Guerriero, PLLC
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
603-352-5000
richard@nhdefender.com
Attorney for Aria DiMezzo