UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Court No. 1:21-cr-00041-JL |
| | ) | |
| IAN FREEMAN, | ) | |
| Defendant | ) | |

**GOVERNMENT'S PROPOSED EXHIBIT LIST**

| EXH # | EXH DESCRIPTION |
|---|---|
| 1 (ID) | Video - YouTube "Selling Bitcoin The Ultimate How to" (clip 2) |
| 2 (ID) | Video - FTL "frickin' scammers…" clip 12/12/2022 |
| 3 (ID) | Video - FTL Aria "…this old lady's an idiot…" clip 4/11/2023 |

Sincerely,

JANE E. YOUNG
UNITED STATES ATTORNEY

Dated: April 24, 2023

By: _____
Georgiana L. MacDonald
Assistant United States Attorney
Massachusetts Bar # 685375
Georgiana.MacDonald@usdoj.gov

By: _____
Seth R. Aframe
Assistant United States Attorney
Massachusetts Bar # 643288
Seth.Aframe@usdoj.gov

By: _____
John J. Kennedy
Assistant United States Attorney
New Hampshire Bar #19557
John.Kennedy2@usdoj.gov

United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, New Hampshire
(603) 225-1552

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Government's Exhibit List for Aria DiMezzo's sentencing has been electronically provided to Richard Guerriero, counsel for the defendant, on the 24th day of April 2023.

Georgiana L. MacDonald
Assistant U.S. Attorney