UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:21-cr-41-JL |
| ) | |
| ARIA DIMEZZO ) | |
| ) | |

## FINAL ORDER OF FORFEITURE

1. The defendant, Aria DiMezzo, has pleaded guilty to Count Three of a Superseding Indictment that charges her with operation of an unlicensed money transmitting business in violation of 18 U.S.C. § 1960. DN 206.

2. 18 U.S.C. § 982(a)(1) requires that, as part of a defendant's sentence, the court must order the forfeiture to the United States of any property, real or personal, involved in violations of § 1960, or any property traceable to such property.

3. The following properties are subject to forfeiture under § 982(a)(1) as property involved in the defendant's violation of 18 U.S.C. § 1960, or as property traceable to such property: (A) .00766669 BTC and $9.60 in U.S. Currency in Paxos Trust Company individual account aria.dimezzo86@gmail.com; (B) .00000051 PAXG and $14,292.86 in U.S. Currency in Paxos Trust Company institutional account aria@reformedsatanicchurch.com, and (C) 1.93160580 BTC voluntarily transferred to the FBI on April 18, 2023.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that: (A) .00766669 BTC and $9.60 in U.S. Currency in Paxos Trust Company individual account aria.dimezzo86@gmail.com; (B) .00000051 PAXG and $14,292.86 in U.S. Currency in Paxos Trust Company institutional account aria@reformedsatanicchurch.com, and (C) 1.93160580 BTC voluntarily transferred to the FBI on April 18, 2023, is hereby condemned, forfeited and

vested to the United States of America, pursuant to 18 U.S.C. § 982(a)(1), free from the claims and interests of any other person or entity.

    IT IS FURTHER ORDERED that the Federal Bureau of Investigation, or any appropriate federal law enforcement agency, shall seize and maintain custody of the forfeited property until further order of the Court.

    IT IS FURTHER ORDERED that the Preliminary Order of Forfeiture shall be made a part of the sentence and included in the judgment.

    The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

    The Clerk shall send one certified copy of this Order to the United States Attorney's Office, Attention: Asset Forfeiture Unit, and a copy to all counsel of record.

Entered this __25th__ day of _____April_____, 2023.

_____
Joseph N. Laplante
United States District Judge