UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ARIA DIMEZZO   ) | No. 1:21-cr-00041-JL |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 25, 2023, and ending on June 23, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 26, 2023, at Concord, NH.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: June 26, 2023     By:   /s/ John J. Kennedy
Assistant U.S. Attorney
NH Bar #19557
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
john.kennedy2@usdoj.gov