IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America,

        Plaintiff,

v.                                        Case No. 21-CR-41-06-JL

Aria DiMezzo,

        Defendant.

## SATISFACTION OF JUDGMENT

The monetary penalties imposed on April 25, 2023, in the above-captioned action, have been satisfied and paid in full.

                                                            JANE E. YOUNG
                                                            United States Attorney

                                                            By: /s/ Michael T. McCormack
                                                            Michael T. McCormack (No. 16470)
                                                            United States Attorney's Office
                                                           53 Pleasant Street, 4th Floor
                                                            Concord, NH 03301
                                                            (603) 225-1552
                                                           Michael.McCormack2@usdoj.gov

DATED:    July 20, 2023