UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-41-JL |
| | ) | |
| ARIA DIMEZZO | ) | |
| | ) | |

MOTION FOR A FINAL ORDER OF FORFEITURE

The United States of America moves for a Final Order of Forfeiture for the following reasons:

1. On April 25, 2023, this Court entered a Preliminary Order of Forfeiture for: (A) .00766669 BTC and $9.60 in U.S. Currency in Paxos Trust Company individual account aria.dimezzo86@gmail.com; (B) .00000051 PAXG and $14,292.86 in U.S. Currency in Paxos Trust Company institutional account aria@reformedsatanicchurch.com, and (C) 1.93160580 BTC voluntarily transferred to the FBI on April 18, 2023. DN 305. At sentencing on the same date, the Preliminary Order became final as to Defendant DiMezzo. DN 303 at 7. [1]

2. For potential third parties, the United States posted notice of this proceeding on an official government internet site (www.forfeiture.gov), beginning on May 25, 2023, for at least 30 consecutive days, pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(A). DN 317. No party filed a timely claim by the post-publication claim deadline of July 24, 2023.

3. There are no known potential third-party claimants to the assets listed in the preliminary order of forfeiture. The deadline for filing all claims/petitions has elapsed. Accordingly, the court may enter a final order of forfeiture. *See* Rule 32.2(c)(2).

Therefore, the United States respectfully requests that this Court enter a Final Order of

---

[1] Initially, the Preliminary Order of Forfeiture was mistakenly styled as a Final Order of Forfeiture on April 25, 2023. The Court entered a corrected Order on May 19, 2023. DN 310.

Forfeiture, forfeiting to the United States: (A) .00766669 BTC and $9.60 in U.S. Currency in Paxos Trust Company individual account aria.dimezzo86@gmail.com; (B) .00000051 PAXG and $14,292.86 in U.S. Currency in Paxos Trust Company institutional account aria@reformedsatanicchurch.com, and (C) 1.93160580 BTC voluntarily transferred to the FBI on April 18, 2023, pursuant to 18 U.S.C. § 982(a)(1), and ordering the Federal Bureau of Investigation, or any appropriate federal law enforcement agency, to dispose of the property in accordance with the  applicable law and regulations.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: August 2, 2023        By:    /s/ John J. Kennedy
                                    Assistant U.S. Attorney
                                    NH Bar #19557
                                    53 Pleasant Street, 4th Floor
                                    Concord, New Hampshire 03301
                                    (603) 225-1552
                                    john.kennedy2@usdoj.gov