UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 1:21-cr-41-JL |
| ) | |
| ARIA DIMEZZO ) | |
| ) | |

FINAL ORDER OF FORFEITURE

The United States of America moves for a Final Order of Forfeiture for the following reasons:

1. On April 25, 2023, this Court entered a Preliminary Order of Forfeiture for: (A) .00766669 BTC and $9.60 in U.S. Currency in Paxos Trust Company individual account aria.dimezzo86@gmail.com; (B) .00000051 PAXG and $14,292.86 in U.S. Currency in Paxos Trust Company institutional account aria@reformedsatanicchurch.com, and (C) 1.93160580 BTC voluntarily transferred to the FBI on April 18, 2023. DN 305. At sentencing on the same date, the Preliminary Order became final as to Defendant DiMezzo. DN 303 at 7.[1]

2. The United States posted notice of this proceeding on an official government internet site (www.forfeiture.gov), beginning on May 25, 2023, for at least 30 consecutive days, pursuant to the provisions of 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(A). DN 317. No party filed a timely claim by the post-publication claim deadline of July 24, 2023.

3. There are no known potential third-party claimants to the assets listed in the preliminary order of forfeiture. The deadline for filing all claims/petitions has elapsed.

---

[1] Initially, the Preliminary Order of Forfeiture was mistakenly styled as a Final Order of Forfeiture on April 25, 2023. The Court entered a corrected Order on May 19, 2023. DN 310.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(A) .00766669 BTC and $9.60 in U.S. Currency in Paxos Trust Company individual account aria.dimezzo86@gmail.com; (B) .00000051 PAXG and $14,292.86 in U.S. Currency in Paxos Trust Company institutional account aria@reformedsatanicchurch.com, and (C) 1.93160580 BTC voluntarily transferred to the FBI on April 18, 2023, is hereby condemned, forfeited and vested in the United States of America pursuant to 18 U.S.C. § 982(a)(1), and that the property described above shall be disposed of by the Federal Bureau of Investigation, or any appropriate federal law enforcement agency, in accordance with the applicable law and regulations.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office, Attention: Asset Forfeiture Unit, and a copy to all counsel of record.

Dated: _____                    _____
                                         UNITED STATES DISTRICT JUDGE