UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-41-JL |
| | ) | |
| ARIA DIMEZZO | ) | |
| | ) | |

## FINAL ORDER OF FORFEITURE

The United States of America moves for a Final Order of Forfeiture for the following

reasons:

1.  On April 25, 2023, this Court entered a Preliminary Order of Forfeiture for: (A)

.00766669 BTC and $9.60 in U.S. Currency in Paxos Trust Company individual account

aria.dimezzo86@gmail.com; (B) .00000051 PAXG and $14,292.86 in U.S. Currency in Paxos

Trust Company institutional account aria@reformedsatanicchurch.com, and (C) 1.93160580

BTC voluntarily transferred to the FBI on April 18, 2023. DN 305. At sentencing on the same

date, the Preliminary Order became final as to Defendant DiMezzo. DN 303 at 7. [1]

2.  The United States posted notice of this proceeding on an official government internet

site (www.forfeiture.gov), beginning on May 25, 2023, for at least 30 consecutive days, pursuant

to the provisions of 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(A). DN 317. No party filed a

timely claim by the post-publication claim deadline of July 24, 2023.

3.  There are no known potential third-party claimants to the assets listed in the

preliminary order of forfeiture. The deadline for filing all claims/petitions has elapsed.

---

[1] Initially, the Preliminary Order of Forfeiture was mistakenly styled as a Final Order of
Forfeiture on April 25, 2023. The Court entered a corrected Order on May 19, 2023. DN 310.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
(A) .00766669 BTC and $9.60 in U.S. Currency in Paxos Trust Company individual account
aria.dimezzo86@gmail.com; (B) .00000051 PAXG and $14,292.86 in U.S. Currency in Paxos
Trust Company institutional account aria@reformedsatanicchurch.com, and (C) 1.93160580
BTC voluntarily transferred to the FBI on April 18, 2023, is hereby condemned, forfeited and
vested in the United States of America pursuant to 18 U.S.C. § 982(a)(1), and that the property
described above shall be disposed of by the Federal Bureau of Investigation, or any appropriate
federal law enforcement agency, in accordance with the applicable law and regulations.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this
Order.

IT IS FURTHER ORDERED that the Clerk of the Court shall forward a certified copy of
this Order to the United States Attorney's Office, Attention: Asset Forfeiture Unit, and a copy to
all counsel of record.

Dated:   8/17/2023

_____
Joseph N. Laplante
United States District Judge