UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                         \*
UNITED STATES                            \*
                                         \*
    v.                                   \*         No. 21-CR-0041-06-JL
                                         \*
ARIA DIMEZZO                             \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATUS REPORT

The Defendant through her attorney submits the following report:

On August 28, 2023, the Court issued an order regarding its concern about the waiver of conflict of interest filed by Aria DiMezzo (Doc. 334).

After obtaining her consent, Aria's lawyer, Richard Guerriero, was retained by her co-defendant, Ian Freeman. Mr. Guerriero thereafter filed an appearance as co-counsel along with Attorney Mark Sisti to represent Ian Freeman. The Court indicated that its concerns about the waiver were not eliminated despite the responsive efforts of Attorney Guerriero.

On September 1, 2023, undersigned counsel was appointed to represent the Aria DiMezzo, for a limited purpose. Between September 1, 2023, and September 6, 2023, Aria and undersigned counsel communicated via email (Corrlinks) and telephone.

Undersigned counsel reports:

Aria's waiver of the conflict of interest appears to be knowing, voluntary and with a full understanding of the risks and ramifications of the waiver. Her waiver was provided voluntarily and without threat or inducement of any kind. She understands the nature of the waiver and that the waiver may, under certain circumstances, prohibit further representation of her by Attorney Guerriero. Aria provided informed consent, in writing, to Attorney Guerriero to represent Ian Freeman.

No further Court action is necessary, but should the Court require more detail undersigned counsel will respond.

Date:  September 6, 2023

Respectfully submitted,
Aria DiMezzo,  Defendant
By her Attorneys,
Brennan, Lenehan, Iacopino & Hickey
By: /s/ *Michael J. Iacopino*
Michael J. Iacopino, Esq. (Bar No. 1233)
85 Brook Street
Manchester, NH 03104
(603) 668-8300
Miacopino@brennanlenehan.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion has been forwarded, electronically, through ECF: to Assistant United States Attorneys Seth Aframe, John Kennedy, Georgianna MacDonald and Michael McCormack,  United States Attorney's Office, James C. Cleveland Federal Bldg., 55 Pleasant St., Room 352, Concord, NH 03301-3941.

*/s/ Michael J. Iacopino*
Michael J. Iacopino, Esq.