UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>ARIA DIMEZZO   )<br>_____) | Docket No. 1:21-CR-00041-JL |

## APPEARANCE

Please enter my appearance as counsel for the United States of America in the above-entitled case.

                                            Respectfully submitted,

                                            JANE E. YOUNG
                                            United States Attorney

                                            /s/ Alexander S. Chen
                                            Alexander S. Chen
                                            Assistant United States Attorney
                                            53 Pleasant Street, 4th
                                            Concord, NH 03301

Date:  December 6, 2023