FILED - USDC -NH
2024 JAN 30 PM 12:00

United States of America

District of New Hampshire

| United States | )
| v. | ) Case No: 1-21-CR-00041-JL
| Aria DiMezzo | )

Request of Clarification of Counsel

Now comes the defendant, Aria DiMezzo, pro se, to request the Court to provide clarification of the status of counsel in regard to Mike Iacopino. Ms. DiMezzo terminated her attorney-client relationship with Mr. Iacopino on January 22, 2024 and shall henceforth represent herself in the above referenced case. Ms. DiMezzo thanks the Court for the appointment of Mr. Iacopino, but at this time feels that her interests are best served through self-representation.

Ms. DiMezzo therefore requests the Court to remove Mr. Iacopino as the attorney-of-record.

Respectfully submitted,

Aria DiMezzo, pro se
Fed. Reg. No. 34741-509
FMC Devens
P.O. Box 879
Ayer, MA 01432

Ms. Aria DiMezzo 34741-509
FMC Devens
P.O. Box 879
Ayer, MA 01432

First Class Mail

Office of the Clerk of Court
U.S. District Court, District of NH
Warren B. Rudman U.S. Courthouse
55 Pleasant Street, Room 110
Concord, NH 03301-3941