UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
                                    *
UNITED STATES                       *
                                    *
    v.                              *        No. 21-CR-0041-06-JL
                                    *
ARIA DIMEZZO                        *
*************************************
```

# MOTION TO WITHDRAW AS COUNSEL

The Defendant, Aria DiMezzo, through counsel, respectfully moves this Court to allow Attorney Michael J. Iacopino to withdraw as her counsel.

In support of this request, the Defendant states:

1. This Court issued an Order on December 7, 2023, appointing the undersigned counsel for the defendant.

2. The Defendant has informed undersigned counsel that she no longer wishes to have court-appointed counsel and wishes to proceed *pro se*.

Wherefore the Appellant respectfully moves for the following relief:

   A. Grant this motion and

   B. Grant such further relief as is just.

Date:  February 1, 2024

Respectfully submitted,
Aria DiMezzo,  Defendant
By her Attorneys,
Brennan, Lenehan, Iacopino & Hickey
By: */s/ Michael J. Iacopino*
Michael J. Iacopino, Esq. (Bar No. 1233)
85 Brook Street
Manchester, NH 03104
(603) 668-8300
Miacopino@brennanlenehan.com

1

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion has been forwarded, electronically, through ECF: to Assistant United States Attorneys Seth Aframe, John Kennedy, Georgianna MacDonald and Michael McCormack, United States Attorney's Office, James C. Cleveland Federal Bldg., 55 Pleasant St., Room 352, Concord, NH 03301-3941.

                                       */s/ Michael J. Iacopino*
                                       Michael J. Iacopino, Esq.