Aria DiMezzo
74 Howard St.
Winchester, NH 03470



Office of the Clerk of Court
United States District Court
For the District of New Hampshire
Warren B. Rudman U.S. Courthouse
55 Pleasant St. Room 110
Concord, NH 03301-3941

