UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:21-cr-41-JL-06 |
| ) | |
| ARIA DIMEZZO ) | |
| ) | |

**GOVERNMENT'S RESPONSE TO MOTION TO AMEND CONDITIONS OF RELEASE – NO OBJECTION**

Aria DiMezzo has moved to amend certain conditions of her supervised release in order to facilitate her involvement with a talk radio show that she co-hosts and manages. After consultation with DiMezzo's supervising officer, the government assents to the modifications as outlined in paragraphs A, B and C of her prayer for relief. With respect to modifications A and B, the government expects that DiMezzo will have completed her term of supervised release prior to Mr. Freeman's release from FMC Devens, and thus, these modifications may be moot by the time Freeman is released. Nonetheless, the government assents to the requested modifications. With respect to modification C, the government assents to this modification as a term of DiMezzo's supervised release. The government notes that while the modification will permit the requested contact pursuant to DiMezzo's conditions of release, the Bureau of Prisons (BOP) may have its own rules and regulations regarding Freeman's communication privileges which are separate from DiMezzo's conditions and the government makes no representations on behalf of the BOP.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

Dated: December 30, 2024

/s/ John J. Kennedy
John J. Kennedy
NH Bar #19557
Assistant United States Attorney
53 Pleasant Street
Concord, New Hampshire 03301
603-225-1552

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response was filed electronically and a copy has been forwarded via first class mail upon *pro se* movant Aria DiMezzo at the return address in Winchester, New Hampshire provided with the filing.

/s/ John J. Kennedy
John J. Kennedy
Assistant U.S. Attorney